ORIGINAL

| | |
|---|---|
| 1   DEVIN DERHAM-BURK #104353<br>    CHAPTER 13 STANDING TRUSTEE<br>2   P O BOX 50013<br>    SAN JOSE, CA 95150-0013 | **FILED**<br>MAY − 6 2010<br>UNITED STATES BANKRUPTCY COURT<br>SAN FRANCISCO, CA |

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>EDUARDO LUNA<br><br><br>               Debtor | Chapter 13<br><br>Case No. 03-56850 RLE<br><br>**NOTICE OF UNCLAIMED DIVIDEND** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2467839 for an unclaimed dividend in the amount of $10.72. The name and address of the claimant entitled to the unclaimed dividend is as follows;

        EDUARDO LUNA
        1010 WOODGROVE LN
        SAN JOSE, CA 95136

Dated: May 04, 2010

                                        _/s/ Devin Derham-Burk_
                                        DEVIN DERHAM-BURK, TRUSTEE